IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES THOMPKINS, as Permanent
Guardian of the Person and Estate of
Annie Mae Smith a/k/a Annie M.
Thompkins,

        Plaintiff,

vs.                                        CIVIL NO. 1:21-CV-00049-JHR-CG

FIRST CHOICE OF ELKHART, INC.
d/b/a FIRST CHOICE TRANSPORT and
WILLIAM S. MILLER,

        Defendant.

## **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

      COMES NOW, the law firm of Butt Thornton & Baehr PC (Charles B. Kraft), and hereby notifies the Court and all counsel of its withdrawal from representation of the Defendants First Choice of Elkhart, Inc., and William S. Miller in this matter.

      COMES NOW, the law firm of YLAW, P.C. (S. Carolyn Ramos) of 4908 Alameda Blvd. NE, Albuquerque, NM 87113, and enters its appearance for Defendants First Choice of Elkhart, Inc., and William S. Miller in this matter. No deadlines are requested to be vacated, and no delay will be caused by the substitution of counsel as stated herein.

                                                  Respectfully Submitted,

                                                  Butt Thornton & Baehr PC

                                                  */s/ Charles B. Kraft*
                                                  Charles B. Kraft
                                                  P.O. Box 3190
                                                  Albuquerque, NM 87190
                                                  (505) 884-0777
                                                  cbkraft@btblaw.com

and

YLAW, P.C.

*/s/ S. Carolyn Ramos*
S. Carolyn Ramos
4908 Alameda Blvd., NE
Albuquerque, NM 87113
(505)266-3995
cramos@ylawfirm.com

I HEREBY CERTIFY that on the 8th day of March 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel of record to be served:

Justin R. Kaufman
Rosalind B. Bienvenu
Caren I. Friedman
Durham, Pittard & Spalding, LLP
jkaufman@dpslawgroup.com
rbienvenu@dpslawgroup.com
cfriedman@dpslawgroup.com

The Ammons Law Firm, LLP
Robert E. Ammons
Email: rob@ammonslaw.com

*/s/ S. Carolyn Ramos*
S. Carolyn Ramos