IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES THOMPKINS, as Permanent
Guardian of the Person and Estate of
ANNIE MAE SMITH a/k/a ANNIE M.
THOMPKINS,

      Plaintiff,

v.                                        No. CV 21-49 JHR/CG

FIRST CHOICE OF ELKHART, INC.
d/b/a FIRST CHOICE TRANSPORT and
WILLIAM S. MILLER,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION
## TO APPOINT AND SUBSTITUTE PERSONAL REPRESENTATIVE

**THIS MATTER** is before the Court on Plaintiff James Thompkins, as Permanent Guardian of the Person and Estate of Annie Mae Smith a/k/a Annie M. Thompkins's *Unopposed Motion to Appoint and Substitute Personal Representative* (the "Motion"), (Doc. 21), filed March 30, 2021. In the Motion, Plaintiff explains that Annie Smith a/k/a Annie M. Thompkins recently "passed away as a result of the injuries" at issue in this case. *Id.* at 2. As a result, Plaintiff requests the Court assign him as "the Personal Representative of the Wrongful Death Estate of Annie Mae Smith a/k/a Annie M. Thompkins," and as the named-Plaintiff in this action. *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that James Thompkins is **APPOINTED** as the Personal Representative of the Wrongful Death Estate of Annie Mae Smith a/k/a Annie M. Thompkins.

**IT IS FURTHER ORDERED** that the Clerk's Office shall substitute James Thompkins, Personal Representative of the Wrongful Death Estate of Annie Mae Smith a/k/a Annie M. Thompkins, as the Plaintiff in the above-captioned matter.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE