IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES THOMPKINS, as Permanent
Guardian of the Person and Estate of
ANNIE MAE SMITH a/k/a ANNIE M.
THOMPKINS,

      Plaintiff,

v.                                                                                  No. CV 21-49 JHR/CG

FIRST CHOICE OF ELKHART, INC.
d/b/a FIRST CHOICE TRANSPORT and
WILLIAM S. MILLER,

      Defendants.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. Defendants indicate in their *Notice of Settlement*, (Doc. 24), filed April 1, 2021, that they have resolved their disputes and expect to submit closing documents within thirty days.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **May 3, 2021**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE